**No. 11-5514. Melvin Evins Nance, Petitioner v. United States.**

565 U.S. 912, 132 S. Ct. 322, 181 L. Ed. 2d 200, 2011 U.S. LEXIS 5794.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 426 Fed. Appx. 801.

**No. 11-5515. Roger Palmer, Petitioner v. Rita Buge, et al.**

565 U.S. 912, 132 S. Ct. 322, 181 L. Ed. 2d 200, 2011 U.S. LEXIS 5946, 

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

**No. 11-5516. Samuel Juvon Bowens, Petitioner v. United States.**

565 U.S. 912, 132 S. Ct. 323, 181 L. Ed. 2d 200, 2011 U.S. LEXIS 6111.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 425 Fed. Appx. 205.

**No. 11-5517. Herbert Anderson, Petitioner v. Yasir Amawi, et al.**

565 U.S. 912, 132 S. Ct. 323, 181 L. Ed. 2d 200, 2011 U.S. LEXIS 6158.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-5518. Sean Michael Block, Petitioner v. United States.**

565 U.S. 912, 132 S. Ct. 323, 181 L. Ed. 2d 200, 2011 U.S. LEXIS 5854.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 635 F.3d 721.

**No. 11-5519. Harvey Lee Burnette, Jr., Petitioner v. United States.**

565 U.S. 912, 132 S. Ct. 323, 181 L. Ed. 2d 200, 2011 U.S. LEXIS 6194.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 423 Fed. Appx. 271.

**No. 11-5520. Victor Ramirez, Petitioner v. United States, et al.**

565 U.S. 912, 132 S. Ct. 323, 181 L. Ed. 2d 200, 2011 U.S. LEXIS 6459.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-5521. Emmanuel King Shaw, Petitioner v. Byron Watson, Warden.**

565 U.S. 912, 132 S. Ct. 323, 181 L. Ed. 2d 200, 2011 U.S. LEXIS 5872.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 407 Fed. Appx. 710.

**No. 11-5522. Teddy Shawn Stokes, Petitioner v. Florida.**

565 U.S. 912, 132 S. Ct. 324, 181 L. Ed. 2d 200, 2011 U.S. LEXIS 5947.

October 3, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 77 So. 3d 1262.